

1  James Richardson
2  P.O. Box 5495
   Reno, NV 89513
3  775-443-7926
   jrichsunv@yahoo.com
4  Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RICHARDSON,<br><br>Plaintiff<br><br>and<br><br>GERALD W. ROSE, DOES 1 through 10<br><br>Defendants. | CASE NO: 3:22-CV-00265-MMD-CSD<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, James Richardson and Defendant Gerald W. Rose, hereby file this Stipulation extending Plaintiff's time to file an opposition to Defendant's Motion to Dismiss, and extending Defendant's time to file the reply to Plaintiff's opposition.

WHEREAS, on June 13, 2022, Defendant filed a Notice of Removal of Second Judicial District Court for Washoe County, Nevada, Case No. CV22-00862;

WHEREAS, on June 23, 2022, Defendant Rose filed a Motion to Dismiss Complaint for Defamation;

WHEREAS, Plaintiff's opposition to the Motion to Dismiss Complaint is due July 7, 2022;

WHEREAS, Defendant's Reply is due July 14, 2022;

WHEREAS, Plaintiff needs time to seek and obtain counsel to represent him in this matter and is requesting a thirty (30) day extension in which to file his opposition and a thirty day extension for Defendant to file their reply.

NVDP2014328109

1

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff will have up to and including August 8, 2022 to serve and file its opposition to the motion to dismiss and Defendant will have to and including September 14, 2022 to reply to Plaintiff's opposition.

Dated: July 6, 2022

JAMES RICHARDSON
Plaintiff, In Pro Per

Dated: July 5, 2022

JAMES M. FRIERSON
United States Attorney
District of Nevada

By: SS //
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
775-784-5438
holly.a.vance@usdoj.gov

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff, James Richardson will have to and including August 8, 2022 to serve and file its opposition to Defendant's motion to dismiss, and Defendant will have to and including September 14, 2022 to reply to Plaintiff's opposition.

**IT IS SO ORDERED.**

DATED: July 7, 2022

UNITED STATES DISTRICT JUDGE

NVDP2014328109

2