Christopher Rusby, Esq. NSB #11452
RUSBY LAW, PLLC
36 Stewart Street
Reno, Nevada 89501
(775) 409-4037
chris@rusbylaw.com
(*Local Counsel*)

Richard Carnell Baker – *Pro Hac Vice Admission*
BAKER SIMMONS, ATTORNEYS AT LAW
800 Connecticut Ave., N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 775-0050
Fax: (202) 204-5784
richardcbaker@aol.com

Attorneys for Plaintiff
JAMES RICHARDSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RICHARDSON,<br><br>                    Plaintiff,<br><br>         vs.<br><br>GERALD ROSE, DOES 1 through 10,<br><br>                    Defendants. | Case No.  3:22-cv-00265-MMD-CSD<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br>**(Second Request)** |

Plaintiff, James Richardson and Defendant Gerald W. Rose hereby file this Second Stipulation extending Plaintiff's time to file an opposition to Defendant's Motion to Dismiss, and extending Defendant's time to file the Reply to Plaintiff's Opposition.

WHEREAS, on June 13, 2022, Defendant filed a Notice of Removal of Second Judicial

District Court for Washoe County, Nevada, Case No. CV22-00862;

WHEREAS, on June 23, 2022, Defendant Rose filed a Motion to Dismiss Complaint for Defamation (the "Motion to Dismiss") [DKT. # 5];

WHEREAS, on or about July 7, 2022, this Court approved the Parties' first Joint Stipulation extending the deadline for the filing of pleadings regarding the Motion to Dismiss. [Dkt. # 9]. That Motion pivoted upon Plaintiff's desire to secure legal counsel for purposes of, *inter alia*, responding to the Motion to Dismiss. [Dkt. # 8]. Therefore, the current deadlines for the filing of pleadings regarding the Motion to Dismiss are as follows:

**Plaintiff's Opposition:**   Original Due Date July 7, 2022

Extended Due Date: August 8, 2022

**Defendant's Reply:**   Original Due Date July 14, 2022

Extended Due Date: September 14, 2022

WHEREAS, on August 2, 2022, this Court entered an Order granting the *Pro Hac Vice* admission of Richard Carnell Baker, Esq. (District of Columbia/Virginia State Bars), to serve as co-counsel for Plaintiff, along with Christopher Rusby, Esq., a member of the Bar of this Court serving as local counsel;

WHEREAS, Counsel for Plaintiff and the Defendant have entered into this Stipulation to permit Plaintiff a second time extension to file his Opposition to the Motion to Dismiss, and Defendant a corresponding or resultant extension to file his Reply. This Stipulation is based upon Plaintiff's counsel's need for a brief opportunity to assess this matter and file Plaintiff's Opposition to the Motion to Dismiss. Plaintiff is thus requesting an additional seven (7) days, i.e., from August 8, 2022 to until and including August 15, 2022 to file his Opposition. Correspondingly, the Defendant's time to file his Reply will be extended from September 14, 2022 to until and including September 21, 2022.

IT IS HEREBY STIPULATED by and between the parties that Plaintiff will have until and including August 15, 2022 to file his Opposition to the Motion to Dismiss; and Defendant will have to until and including September 21, 2022 to file its Reply to Plaintiff's Opposition.

Dated: August 5, 2022

/s/Richard Carnell Baker
Richard Carnell Baker *(Pro Hac Vice)*
Baker Simmons, Attorneys at Law
800 Connecticut Avenue, N.W., Suite 300
Washington, D.C.  20006
Office: 202/775.0050 Fax: 202/204/5784 Email:richardcbaker@aol.com;
baker@bakersimmonslaw.com
Counsel for Plaintiff, James Richardson


Christopher Michael Rusby
36 Stewart Street
Reno, NV 89501
(775) 409-4037Fax: (775) 409-4036 Email: chris@rusbylaw.com
Local Counsel for Plaintiff, James Richardson

Dated: August 5, 2022

JAMES M. FRIERSON
United States Attorney
District of Nevada


By: /s/ Holly A. Vance
    HOLLY A. VANCE
    Assistant United States Attorney
    400 S. Virginia Street, Suite 900
    Reno, NV 89501
    Office: 775-784-5438 Email: Holly.A.Vance@usdoj.gov


[PROPOSED ORDER ON FOLLOWING PAGE]

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff, James Richardson, will have up to and including August 15, 2022 to file his Opposition to the Motion to Dismiss; and, Defendant will have up to and including September 21, 2022 to file his Reply to Plaintiff's Opposition.

IT IS SO ORDERED.

DATED: August 8, 2022

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Rusby Law, PLLC and that on this date, I filed the within document through the CM/ECF system with the United States District Court, who will send notice to the following:

HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89501
*Attorney for Defendant*

Dated: August 6, 2022.

                                          __/s/ Christopher Rusby__