JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for Defendant Gerald W. Rose*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RICHARDSON,<br><br>         Plaintiff,<br><br>         v.<br><br>GERALD W. ROSE,<br><br>         Defendant. | Case No. 3:22-CV-00265-MMD-CSD<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Plaintiff James Richardson and Defendant Gerald W. Rose hereby stipulate and agree: 1) Defendant may have a 23-day extension of time, from August 29, 2022 to September 21, 2022, to respond to Plaintiff's Motion to Remand, and 2) Plaintiff may have a 5-day extension of time, from September 28, 2022 to October 3, 2022 to file a reply in support of his motion to remand.

The extensions are warranted for four reasons. First, defense counsel's office has lost a number of attorneys and staff. As a result, defense counsel is handling a higher-than-normal caseload. Second, only a limited number of attorneys and support staff work in defense counsel's office at any given time due to the pandemic, thereby slowing the time it takes to process and complete required tasks. Third, defense counsel's calendar has been busier than normal with multiple filing deadlines in several cases, including two before the

1 | Ninth Circuit. Fourth, Plaintiff's counsel has a busy schedule as well and he too is facing
2 | multiple deadlines in other cases. Under the circumstances, good cause exists to extend the
3 | deadline for Defendant to file his response to Plaintiff's Motion to Remand and for Plaintiff
4 | to file his reply. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within
5 | a specified time, the court may, *for good cause*, extend the time…with or without motion or
6 | notice if the court acts, or if a request is made, before the original time or its extension
7 | expires[.]") (emphasis added).

8 |     This is the first request for an extension of time by either party regarding Plaintiff's
9 | Motion to Remand. *See* LR IA 6-1(a) (must advise of previous extensions). The parties have
10 | contacted each other and neither opposes the other's extension request. This stipulation is
11 | made in good faith and not for the purpose of undue delay.

12 |     Respectfully submitted this 23rd day of August, 2022.

13 | RUSBY LAW, PLLC                        JASON M. FRIERSON
14 |                                      United States Attorney

15 | *s/ Christopher Rusby*                      *s/ Holly A. Vance*
   | CHRISTOPHER RUSBY                 HOLLY A. VANCE
16 | Attorney for Plaintiff                         Attorney for Defendant

17 | *s/ Richard Carnell Baker*
   | RICHARD CARNELL BAKER
18 | (Pro Hac Vice)
   | Counsel for Plaintiff, James Richardson
19 |

20 |

21 | **IT IS SO ORDERED.**
   | Dated: August 23, 2022.
22 |

23 |                                                      UNITED STATES DISTRICT JUDGE