JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
holly.a.vance@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMEES RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD W. ROSE, DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 3:22-cv-0265-MMD-CSD<br><br>**Order** |

　　　The Court having been notified that the United States Attorney for the District of Nevada has certified that Aviation Safety Inspector Gerald W. Rose was acting within the scope of federal employment at the time of the events alleged in the complaint, and the Court having been apprised of the substitution of the United States as Defendant in the complaint by operation of law under 28 U.S.C. § 2679(d)(1),

　　　IT IS HEREBY ORDERED that under 28 U.S.C. §§ 2679(b)(1) and (d)(1), Defendant Gerald W. Rose is dismissed from this action on the grounds that the exclusive remedy for such claims is an action against the United States.

　　　IT IS FURTHER ORDERED that the United States of America is substituted as Defendant in this case.

　　　IT IS FURTHER ORDERED that the case caption is amended as shown in this Order to reflect the substitution of the United States as Defendant in place of Gerald W. Rose.

1    IT IS FURTHER ORDERED that the Clerk of Court shall update the docket sheet
2 accordingly.
3    Dated: September 21, 2022.

_____
United States Magistrate Judge